IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

VALENTINE REYES, et al., §
Plaintiffs, §
§
v. § CIVIL ACTION NO. 3:07-CV-900-O
§
THE CITY OF FARMERS BRANCH, §
TEXAS, §
Defendant. §

**JUDGMENT**

The Court has entered its Memorandum Opinion and Order denying Plaintiffs' claims under Section 2 of the Voting Rights Act and the Fourteenth Amendment..

It is therefore ORDERED, ADJUDGED and DECREED that Plaintiffs' case is dismissed with prejudice.

**SO ORDERED on this 4th day of November, 2008.**

**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**